UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAL BRIAN STICKNEY,

       Plaintiff,

v.

       Case No. 10-10487
       Hon. Gerald E. Rosen
       Magistrate Judge Mark A. Randon

COUNTY OF OAKLAND, *et al.,*

       Defendants.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      January 27, 2011     

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On January 4, 2011, Magistrate Judge Mark A. Randon issued a Report and Recommendation ("R & R") recommending that the Court grant a motion to dismiss or, alternatively, for summary judgment brought by Defendants City of Troy, Officer David Nordstrom, Captain Keith Frye, and Sergeant Barry Whiteside (collectively, the "Troy Defendants"). Plaintiff did not respond to the Troy Defendants' motion, and neither has he filed objections to the R & R. Upon reviewing the R & R, the Troy Defendants' underlying motion, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 4, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, the Troy Defendants' April 20, 2010 motion to dismiss or for summary judgment (docket #26) is GRANTED.

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated: January 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 27, 2011, by electronic mail and upon Hal Brian Stickney, 4830 Marcella, Shelby Township, MI 48317 by ordinary mail.

                                      s/Ruth A. Gunther
                                      Case Manager